**DENY and Opinion Filed May 3, 2023**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-23-00226-CV

## IN RE CERTAIN UNDERWRITERS AT LLOYD'S, LONDON AS SUBSCRIBING POLICY NO. CSN0002623 (INCLUDING "TOKIO MARINE KILN SYNDICATE 1880" AND "TOKIO MARINE KILN SYNDICAE 510"), ET AL., Relators

**Original Proceeding from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-08222**

## MEMORANDUM OPINION

Before Justices Molberg, Goldstein, and Breedlove
Opinion by Justice Molberg

In their March 10, 2023 petition for writ of mandamus, relators complain that the trial court abused its discretion by (1) ordering relators to produce allegedly privileged documents without performing an in camera inspection and (2) holding relators in criminal contempt without due process.

Entitlement to mandamus relief generally requires relators to demonstrate that the trial court clearly abused its discretion and that they lack an adequate remedy by appeal. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig.

proceeding). After reviewing the petition and the record before us, we conclude that relators have failed to show their entitlement to mandamus relief.

Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). We also lift the stay issued by our March 14, 2023 order.

230226f.p05

/Ken Molberg//
KEN MOLBERG
JUSTICE